UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERICA TUCKER,

      Plaintiff,

v.

ANDY MCQUEEN et al.,

      Defendants.

Case No. 2:25-cv-09393-SB-AJR

FINAL JUDGMENT

      For the reasons stated in the separate order dismissing the complaint (Dkt. No. 12) and the dismissal order entered this date, it is ordered that Plaintiff Erica Tucker's claims are dismissed on the merits with prejudice.

      This is a final judgment.

Date: February 9, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1